

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-17-00422-CV
07-18-00069-CV

**IN THE INTEREST OF X.S., A CHILD**

On Appeal from the County Court at Law No. 1
Randall County, Texas
Trial Court No. 71,072-L1, Honorable Jack M. Graham, Presiding

March 8, 2018

## ORDER OF SEVERANCE

**Before QUINN, C.J., and PIRTLE and PARKER, JJ.**

The parents of X.S. each timely filed notices of appeal from the trial court's order terminating their parental rights. X.S.'s mother, A.S., has filed a brief on the merits. X.S.'s father, J.S., was appointed an attorney who has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Because the nature of our review of *Anders* cases is substantially different than the nature of our review of a brief on the merits, we believe that it is appropriate to sever the appeals. Thus, by order of this Court, J.S.'s appeal is severed into cause number 07-

18-00069-CV.  To effectuate this severance, J.S.'s brief and all related filings as well as a copy of the appellate record shall be refiled in cause number 07-18-00069-CV.

Per Curiam